IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF ENVIRONMENTAL PROTECTION, | : : : : | |
| Plaintiff | : : | |
| vs. | : : | CIVIL ACTION NO. 02-CV-2888 |
| CONCEPT SCIENCES, INC., PPT RESEARCH, INC., IRL E. WARD, JR., BRIAN D. HEATH, LEHIGH VALLEY REALTY, III, JAMES H. READINGTON, JOHN ADAMS, and ESTATE OF JACOB QUICK c/o JUDITH QUICK, | : : : : : : | |
| Defendants | : : | |

## STIPULATION AND ORDER

Pursuant to Local Rule 7.4, it is hereby STIPULATED and AGREED by and between the undersigned counsel for plaintiff Commonwealth of Pennsylvania, Department of Environmental Protection ("Department") and defendant PPT Research, Inc. that the Department shall have a fifteen (15) day extension of time, until on or before August 23, 2002, within which to serve a brief in opposition, together with such answer or other response which may be appropriate, in response to the Motion of Defendant PPT Research, Inc. to Dismiss Plaintiff's Complaint Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. No prior extension has been sought or granted.

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF ENVIRONMENTAL PROTECTION: | MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN: |
| BY: _____<br>PAUL R. BRIERRE<br>Identification No. 68383<br>MICHAEL T. FERRENCE<br>Identification No. 72405<br>Office of Chief Counsel<br>2 Public Square<br>Wilkes-Barre, PA 18711-0790<br>(570) 826-2519<br>Attorneys for Commonwealth of Pennsylvania, Department of Environmental Protection. | BY: _____<br>THOMAS C. DELORENZO<br>Identification No. 21184<br>RONDA K. O'DONNELL<br>Identification No. 47603<br>1845 Walnut Street, 19th Floor<br>Philadelphia, PA 19103<br>(215) 575-2741/2697<br><br>Attorneys for Defendant PPT Research, Inc. |

Approved and Ordered by the Court:

_____
                                                                J.

960stipord.csi