IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL PROTECTION, | : : : | |
| Plaintiff | : | |
| v. | : : | No. 02-CV-2888 |
| CONCEPT SCIENCES, INC., ET. AL. | : : | |
| Defendant | : | |

### ANSWER OF LEHIGH REALTY ASSOCIATES III, JAMES H. REDINGTON, JOHN ADAMS AND ESTATE OF JACOB QUICK C/O JUDITH QUICK TO CO-DEFENDANTS' CROSS-CLAIMS

Defendants, Lehigh Realty Associates III, James H. Redington, John Adams and Estate of Jacob Quick c/o Judith Quick (collectively, "Lehigh Realty Defendants"), through their attorneys, Deasey, Mahoney & Bender, Ltd., for their answer to the cross-claims of co-defendants Concept Sciences, Inc., Irl E. Ward, Jr. and Brian D. Heath, aver as follows:

1. The Lehigh Realty Defendants incorporate by reference their answers to paragraphs 1 through 120 of the complaint, as if such answers were set forth at length herein. To the extent a response to this paragraph is required, the allegations contained therein are denied.

2. This paragraph contains no allegations of fact to which any response is required. To the extent a response is deemed required, the Lehigh Realty Defendants incorporate by reference their answers to paragraphs 1 through 120 of the complaint as if such answers were set forth at length herein, as well as their affirmative defenses and cross-claims against co-defendants.

3. The allegations set forth in this paragraph set forth one or more conclusions of law