IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | CIVIL ACTION |
| DEPARTMENT OF ENVIRO. | : | |
| | : | |
| v. | : | |
| | : | NO. 02-2888 |
| CONCEPT SCIENCES | : | |

**ORDER**

AND NOW, this       day of October, 2002, upon consideration of the joint request of all counsel, it is hereby ORDERED that the Court's August 20, 2002 Scheduling Order and Trial Procedure shall be, and is, modified such that the following revised dates shall apply. Plaintiff's expert reports shall be served on or before March 7, 2003; Defendants' expert reports shall be served on or before March 28, 2003; expert depositions shall be completed by April 11, 2003; dispositive motions shall be filed on or before April 18, 2003; Plaintiff's pretrial memorandum shall be filed and served, and its trial exhibits served, on or before May 1, 2003; and Defendants' pretrial memorandum shall be filed and served, and their trial exhibits served, on or before May 8, 2003. All other dates set forth in the Court's August 20, 2002 Scheduling Order and rial Procedure shall remain unchanged.

BY THE COURT

_____
Michael M. Baylson, U.S.D.J.

O:\Comm. PA v. Concept Science 02-2888 - scheduling.wpd