DATE OF NOTICE: May 14, 2003

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | CIVIL ACTION |
| DEPARTMENT OF ENVIRONMENTAL | : | |
| PROTECTION | : | |
| | : | |
| v. | : | |
| | : | NO. 02-2888 |
| CONCEPT SCIENCES, INC. | : | |

### NOTICE

Please be advised that a **FINAL PRETRIAL CONFERENCE** with the Honorable Michael M. Baylson will be held, by telephone, on Thursday, May 15, 2003 at 3:30 p.m. Plaintiff will initiate the telephone conference and when all counsel are on the line, call Chambers at (267) 299.7520.

Lynn Meyer
Deputy Clerk to Judge Baylson
267.299.7521

cc:   James Burns, Esq. (fax)
       Paul Brierre, Esq. (fax)
       Ronda O'Donnell, Esq. (fax)
       Thomas Delorenzo, Esq. (fax)
       William MacMillan, Esq. (mail)

O:\Notices\Comm PA v. CSI 02-2888- final pretrial notice.wpd