IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF ENVIRO. | : : : | CIVIL ACTION |
| v. | : : | NO. 02-2888 |
| CONCEPT SCIENCES | : | |

## AMENDED SCHEDULING ORDER AND TRIAL PROCEDURE

AND NOW, this 16th day of May, 2003, after a pretrial conference pursuant to Rule 16, Federal Rules of Civil Procedure:

1. Discovery deadline: August 15, 2003.

2. Exchange of expert reports pursuant to Rule 26(a)(2).

   Plaintiff: July 11, 2003.

   Defendant: August 1, 2003.

3. Report, by letter, to the court re: settlement: August 15, 2003.

   Without disclosing any specific settlement position, counsel shall advise the court whether settlement discussions have taken place, and when the court should schedule a settlement conference.

4. Deadline for dispositive motions: August 22, 2003.

5. Pretrial Memoranda filed and served pursuant to Local Rule 16.1(c), and service of a copy of trial exhibits:

   Plaintiff: August 29, 2003.

   Defendant: September 5, 2003.

6. Date for trial or entry into trial pool: September 15, 2003.

7. The parties shall follow Judge Baylson's pretrial and trial procedures.

BY THE COURT:

_____
Michael M. Baylson, U.S.D.J.

O:\Scheduling Orders\Comm. Pa v. Concept 02-2888 - amended scheduling order.wpd