# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF ENVIRONMENTAL PROTECTION | : : : : | CIVIL ACTION |
| v. | : : | |
| CONCEPT SCIENCES, INC., et al. | : : | NO. 02-2888 |

## **O R D E R**

**AND NOW, TO WIT:** This 30th day of June, 2003, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

BY:_____
Lynn Meyer
Deputy Clerk

cc: James Burns, Esq. (fax)
James Bohan, Esq. (mail)
Ronda O'Donnell, Esq. (fax)
Thomas Delorenzo, Esq. (fax)
William MacMillan, Esq. (mail)

O:\41(b) Orders to Dismiss\Comm of PA v. CSI 02-2888 - 41 b order.wpd